UNITED STATES DISTRICT COURT
                          CENTRAL DISTRICT OF CALIFORNIA

                              CIVIL MINUTES - GENERAL

CASE NO.:   CV 17-01922 SJO (PLAx)          DATE: May 10, 2017

TITLE:      Manuel Gonzalez v. Luis Gonzalez et al

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                            Not Present
Courtroom Clerk                             Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                 Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS):       ORDER TO SHOW CAUSE RE DISMISSAL FOR
                                   LACK OF PROSECUTION**

   Plaintiff is hereby ordered to show cause in writing by not later than **June 9, 2017** why this action should not be dismissed for lack of prosecution.

   The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

   •   Proof of service of summons and complaint;

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

   **IT IS SO ORDERED**.