JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
June 14, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

| | |
|---|---|
| **MANUEL GONZALEZ**, Plaintiff, v. **LUIS GONZALEZ d/b/a EL METAPANECO; and DOES 1 through 10**, Defendant(s). | NO. **CV 17-01922 SJO (PLAx)** <br><br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

On May 10, 2017, the Court issued an Order to Show Cause re Dismissal for Plaintiff's Lack of Prosecution. (ECF No. 9.) The Court advised Plaintiff that it will consider the Plaintiff's filing of the Proof of Service of Summons and Complaint as an appropriate response to the Order to Show Cause, on or before June 9, 2017. On June 9, 2017, Plaintiff filed a response to the Court's Order to Show Cause requesting at least thirty (30) days in order to serve Defendant Luis Gonzalez d/b/a El Metapaneco. (ECF No. 10.) Finding no good cause shown for Plaintiff's failure to timely serve Defendant, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice. *See* Fed. R. Civ. P. 4(m).

Dated: June 14, 2017.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE